1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7      Telephone: (415) 436-7021
       FAX: (415) 436-7234

8      helen.gilbert@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )  Case No. CR 17-00554 PJH-02, 04, 05
                                        )
15           Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                        )  ORDER EXCLUDING TIME
16      v.                              )
                                        )
17  JOSE IVAN PORTILLO, A/K/A "PATO,"   )
    RAQUEL MANZO PORTILLO, AND          )
18  DANIEL LOPEZ, A/K/A "DANIEL LOPEZ   )
    BARAJAS,"                           )
                                        )
19           Defendants.                )
    _____ )

20

21      During the parties' appearance on November 29, 2017, the Court set January 24, 2018, as the

22  next date for a further status.  The parties requested that time between November 29, 2017, and January

23  24, 2018, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of

24  effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the time requested for

25  exclusion will allow the defense attorneys to review the discovery already produced in this case, and the

26  additional discovery the United States anticipates producing in the near future.  The parties agree that

27  the ends of justice served by granting such an exclusion of time outweigh the best interests of the public

28  and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  At the November 29, 2017, hearing,

1    the Court made findings consistent with that agreement and excluded time.

2    IT IS SO STIPULATED:

3

4    DATED:  November 29, 2017                    BRIAN J. STRETCH
                                                  United States Attorney
5

6                                                 _____
                                                          /s/
7                                                 HELEN L. GILBERT
                                                  Assistant United States Attorneys
8

9                                                 _____/s/ (per email authorization)
                                                  NED SMOCK
10                                                Attorney for Jose Ivan Portillo

11

12                                                _____/s/ (per email authorization)
                                                  DEBORAH G. LEVINE
13                                                Attorney for Raquel Manzo Portillo

14

15                                                _____/s/ (per email authorization)
                                                  SARA RIEF
16                                                Attorney for Daniel Lopez

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      As stated at the November 29, 2017 hearing, for the reasons stated above and at the November

3  29, 2017 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161

4  the period from November 29, 2017, through January 24, 2018, is warranted and that the ends of justice

5  served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

6  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for

7  the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

8  due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

9

10  IT IS SO ORDERED.

11

12  DATED: _____

13                                                      _____

14                                                      THE HONORABLE PHYLLIS J. HAMILTON
                                                         United States Chief District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28