1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        helen.gilbert@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,              ) Case No. CR 17-00554 PJH-02, 04, 05
                                          )
15         Plaintiff,                     ) STIPULATION AND [PROPOSED]
                                          ) ORDER EXCLUDING TIME
16    v.                                  )
                                          )
17 JOSE IVAN PORTILLO, A/K/A "PATO,"      )
   RAQUEL MANZO PORTILLO, AND             )
18 DANIEL LOPEZ, A/K/A "DANIEL LOPEZ      )
   BARAJAS,"                              )
19                                        )
           Defendants.                    )
                                          )
20

21         During the parties' appearance on November 29, 2017, the Court set January 24, 2018, as the

22 next date for a further status. The parties requested that time between November 29, 2017, and January

23 24, 2018, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of

24 effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the time requested for

25 exclusion will allow the defense attorneys to review the discovery already produced in this case, and the

26 additional discovery the United States anticipates producing in the near future. The parties agree that

27 the ends of justice served by granting such an exclusion of time outweigh the best interests of the public

28 and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). At the November 29, 2017, hearing,

the Court made findings consistent with that agreement and excluded time.

IT IS SO STIPULATED:

DATED:  November 29, 2017　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　        /s/
　　　　　　　　　　　　　　　　　　　　　　HELEN L. GILBERT
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys


　　　　　　　　　　　　　　　　　　　　　　        /s/ (per email authorization)
　　　　　　　　　　　　　　　　　　　　　　NED SMOCK
　　　　　　　　　　　　　　　　　　　　　　Attorney for Jose Ivan Portillo


　　　　　　　　　　　　　　　　　　　　　　        /s/ (per email authorization)
　　　　　　　　　　　　　　　　　　　　　　DEBORAH G. LEVINE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Raquel Manzo Portillo


　　　　　　　　　　　　　　　　　　　　　　        /s/ (per email authorization)
　　　　　　　　　　　　　　　　　　　　　　SARA RIEF
　　　　　　　　　　　　　　　　　　　　　　Attorney for Daniel Lopez

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 17-00554 PJH                                    2

**[PROPOSED] ORDER**

As stated at the November 29, 2017 hearing, for the reasons stated above and at the November 29, 2017 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from November 29, 2017, through January 24, 2018, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 30, 2017

_____
THE HONORABLE PHYLLIS J. HAMILTON
United States Chief District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*