UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** 11/29/17 (Time: 1:50pm-1:54pm) **JUDGE:** Phyllis J. Hamilton

**Case No:** 17-cr-0554-PJH
**Case Name:** **UNITED STATES v.** Jose Ivan Portillo [present; in custody; Spanish int.]
Raquel Manzo Portillo [present, on bond]

Daniel Lopez [present , on bond]

**Attorney for Plaintiff:** AUSA Helen Gilbert

**Attorney for Defendant:** Deft 02: Jose Ivan Portillo- Ned Smock
Deft 04: Raquel Manzo Portillo- Deborah Levine
Deft 05: Daniel Lopez- Sara Rief

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

**PROCEEDINGS**

**Status Conference-HELD**

.

**CASE CONTINUED TO:** Wednesday, 1/24/18 at 1:30pm **for Status**

-------------------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY:** Category  Begins: 11/29/17  Ends: 1/24/18

-------------------------------------------------------------------------------------------------------------------


cc:  PJH chambers