**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | Daniel Lopez |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:17-cr-00554-5 |

**Date:** 12/13/17

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Timothy Elder | 510-637-3753 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

1. The defendant shall not possess or have access to any firearm, destructive device, or other dangerous weapon;

2. The defendant's travel shall be restricted to the Northern District of California;

3. The defendant shall surrender his U.S. passport to Pretrial Services and shall not apply for any

Passports or other travel documents;

4. The defendant shall maintain current verifiable employment, or if unemployed, the defendant shall seek employment or commence an educational program as directed by Pretrial Services; and

5. The defendant shall not change his current address without permission from Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

_Kandis Westmore_
Judicial Officer

Dated: 12/15/17