STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> DANIEL LOPEZ, </br> </br> Defendant. | No. CR 17-00554 PJH </br> </br> **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by the parties that Daniel Lopez be allowed to modify his pretrial release conditions. Mr. Lopez, along with his family, will travel to Lake Tahoe on December 26, 2017 and return on December 29, 2016. Mr. Lopez must provide his passport to pretrial services prior to departure and must also provide pretrial services with the address of where he will be staying and any other necessary information they request of him. Counsel for Mr. Lopez has spoken to pretrial services and they do not object to this travel.

Dated: December 20, 2017         /s/_____
                                 SARA RIEF
                                 Attorney for Defendant
                                 DANIEL LOPEZ

Dated: December 20, 2017

                                 /s/_____
                                 HELEN GILBERT
                                 Assistant United States Attorney

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez*

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Daniel Lopez be allowed to travel to Lake Tahoe, California on December 26, 2017 and return on December 29, 2017.

Dated: _____

HONORABLE MAG. JUDGE KANDIS A. WESTMORE