1    STEVEN G. KALAR
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    1301 Clay Street, Suite 1350N
     Oakland, CA 94612
4    Telephone:  (510) 637-3500
     Fax: (510) 637-3507
5    Email: ned_smock@fd.org

6    Counsel for Defendant
     JOSE IVAN PORTILLO
7

8                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                OAKLAND DIVISION

10

11   UNITED STATES OF AMERICA,              CR 17-00554 PJH

12                   PLAINTIFF,             ORDER

                v.
13
     JOSE IVAN PORTILLO,
14   ERIK SILVA,
     RAQUEL MANZO PORTILLO,
15   DANIEL LOPEZ,

16                   DEFENDANTS.

17          Based on the assertions and agreement of the parties as set forth in the parties' filed

18   Stipulation dated January 19, 2018, IT IS HEREBY ORDERED THAT the above-captioned

19   matter is continued to March 7, 2018, at 1:30 p.m., before the Honorable Phyllis J. Hamilton, for

20   status.

21          The Court further finds that failing to exclude the time between the date of this filing and

22   March 7, 2018, would unreasonably deny defense counsel the reasonable time necessary for

23   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

24   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

     CR 17-00554 PJH
25   Stip. to Continuance
                                                  4

1    between now and March 7, 2018, from computation under the Speedy Trial Act outweigh the best

2    interests of the public and the defendant in a speedy trial.

3           Accordingly, IT IS FURTHER ORDERED that the time between today's date and March

4    7, 2018, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

5    § 3161(h)(7)(B)(iv).

6

7           IT IS SO ORDERED.

8

9    DATED: 1/22/2018

10                                                    HON. PHYLLIS J. HAMILTON
                                                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   CR 17-00554 PJH
     Stip. to Continuance                             5