UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 7, 2018  (Time: 9  minutes)        **JUDGE:**  Phyllis J. Hamilton

**Case No:** CR-17-00554-PJH-1
           CR-17-00554-PJH-2
           CR-17-00554-PJH-3
           CR-17-00554-PJH-4
           CR-17-00554-PJH-5
**Case Name:**   UNITED STATES   v. LUCIANO AMADOR JUAREZ  (NOT PRESENT)
                                    JOSE IVAN PORTILLO (C) (SPANISH INT.)
                                    ERIK SILVA (C)
                                    RAQUEL MANZO PORTILLO (PRESENT)
                                    DANIEL LOPEZ (PRESENT)


**Attorney for Plaintiff:**    Helen Gilbert
**Attorney for Defendant:**   Jared Winter (Juarez)
                              Edward Smock (J. Portillo)
                              Michael Stepanian (Silva)
                              Deborah Levine (R. Portillo)
                              Sara Rief (Lopez)


**Deputy Clerk:** Kelly Collins        **Court Reporter:** Diane Skillman

**Interpreter:** (Monique) Dascha Inciarte

### PROCEEDINGS

   Status Conference -  Held.   Counsel for Luciano Amador Juarez informs the Court that his client is not present as he is still in custody on an immigration hold.

   Edward Smock on behalf of all defendants informs the Court that the defendants require additional time to go over the discovery that has been produced.  He believes the defendants will be ready to go forward with a motion setting or change of plea hearing by 4/25/18.   The government's counsel informs the Court that she has

produced all the discovery to the defendants and anticipates there will be no other discovery.

Counsel for Erik Silva and Raquel Manzo Portillo request probation prepare a criminal history only report within 30 days to see if their clients qualify for a safety valve. Probation Officer Noel Belton informs the court that Probation would need 60 days to prepare the reports.  The Court grants the request, probation office shall prepare a criminal history only report as to defendants Erik Silva and Raquel Manzo Portillo within 60 days.

Counsel for Daniel Lopez informs the Court that her client is ready to enter a plea and requests a continuance to 3/21 for a change of plea hearing.  The request is granted.

Time is excluded from 3/7/18 to 5/2/18 for effective preparation of counsel. The government shall prepare order regarding exclusion of time.

**CASE CONTINUED TO: 5/2/2018 at 1:30 p.m. for Motion Setting Hearing.**
**3/21/2018 at 2:30 p.m. for Change of Plea Hearing (Lopez)**

cc:  chambers