# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 21, 2018 (Time: 16 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-17-554-PJH-5
**Case Name:**   UNITED STATES v. DANIEL LOPEZ (PRESENT)

**Attorney for Plaintiff:**    Helen Gilbert
**Attorney for Defendant:**  Sara Rief

**Deputy Clerk:** Kelly Collins           **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Change of Plea Hearing - Held.  The plea agreement is signed and filed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count 12 of the Indictment.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.  The defendant is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO:** July 11, 2018 at 2:30 p.m. for Sentencing.

cc:  chambers