**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | LOPEZ, Daniel |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:17-cr-00554-PJH-5 |

**Date:** April 20, 2018

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kalisi Kupu                                           (510) 637-3757

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

   1. The defendant shall be subject to electronic monitoring. The defendant is on lockdown and may leave his residence to attend court appearances, attorney and Pretrial Services visits, testing, counseling, employment, medical purposes, and hospital appointments for his child, and as pre-approved by Pretrial Services.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:
_____
_____
_____

_Kandis Westmore_ (signature)         4/23/18
**JUDICIAL OFFICER**                        **DATE**