STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00554 PJH |
| Plaintiff, | **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND [~~PROPOSED~~] ORDER** |
| DANIEL LOPEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by the parties that Daniel Lopez be allowed to modify his pretrial release conditions. Mr. Lopez will be allowed to travel to Sacramento, CA for work beginning on May 2nd, 2018 through May 16th, 2018. He will return to the Northern District each day. Prior to May 2nd, 2018, Mr. Lopez will provide pretrial with verification of the work project and the address where he will be working. Counsel for Mr. Lopez has spoken to pretrial services and they do not object to this modification.

Dated: April 26, 2018      /s/_____
                           SARA RIEF
                           Attorney for Defendant
                           DANIEL LOPEZ

Dated: April 26, 2018

                           /s/_____
                           HELEN GILBERT
                           Assistant United States Attorney

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez*

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Daniel Lopez be allowed to travel back and forth to Sacramento from May 2nd, 2018 through May 16th, 2018 for work.

Dated: 5/1/18

HONORABLE MAG. JUDGE KANDIS A. WESTMORE