STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>DANIEL LOPEZ,<br><br>    Defendant. | No. CR 17-00554 PJH<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by the parties that Daniel Lopez be allowed to modify his pretrial release conditions.  Mr. Lopez will be allowed to travel to Sacramento, CA for work. He is permitted to travel to Sacramento for work Monday through Friday and is not permitted to remain overnight.  Counsel for Mr. Lopez has spoken to pretrial services and they do not object to this modification.


Dated: May 10, 2018             /s/
                                SARA RIEF
                                Attorney for Defendant
                                DANIEL LOPEZ

Dated: May 10, 2018

                                /s/

                                HELEN GILBERT

                                Assistant United States Attorney

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez*

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Daniel Lopez be allowed to travel to Sacramento for work.  Mr. Lopez may travel Monday through Friday and is not permitted to stay overnight.

Dated: _____
HONORABLE MAG. JUDGE KANDIS A. WESTMORE