STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-00554 PJH |
| Plaintiff, ) | |
| ) | **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND [PROPOSED] ORDER** |
| v. ) | |
| DANIEL LOPEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by the parties that Daniel Lopez be allowed to modify his pretrial release conditions. Mr. Lopez will be allowed to travel to Fresno, CA for work. He is permitted to travel to Fresno for work Monday through Friday, beginning June 4, 2018 through June 15, 2018. He will remain in Fresno overnight except for the weekend, Friday, June 8, 2018 through June 10, 2018, when he will return home. While in Fresno, Mr. Lopez agrees to be drug tested as directed by Pretrial Services. Mr. Lopez will also provide Pretrial Services with any necessary information regarding his itinerary. Counsel for Mr. Lopez has spoken to Pretrial Services and they do not object to this modification.

Dated: May 29, 2018        /s/_____
                           SARA RIEF
                           Attorney for Defendant
                           DANIEL LOPEZ

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez* CR 17-00554 PJH

Dated: May 29, 2018

/s/ _____
HELEN GILBERT
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Daniel Lopez be allowed to travel to Fresno for work. He is permitted to travel to Fresno for work Monday through Friday, beginning June 4, 2018 through June 15, 2018. He will remain in Fresno overnight except for the weekend, Friday, June 8, 2018 through June 10, 2018, when he will return home.

While in Fresno, Mr. Lopez agrees to be drug tested as directed by Pretrial Services. Mr. Lopez will also provide Pretrial Services with any necessary information regarding his itinerary.

Dated: 5/30/18                     _____
HONORABLE MAG. JUDGE KANDIS A. WESTMORE

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez* CR 17-00554 PJH