STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LOPEZ,<br><br>Defendant. | No. CR 17-00554 PJH<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Date:  **July 11, 2018**<br>Time:  **2:30 p.m.**<br>Crtm: **Hon. Judge Phyllis J. Hamilton** |

## DEFENDANT'S SENTENCING MEMORANDUM

Mr. Lopez submits the following memorandum to address the presentence report, the plea agreement, the application of the factors set forth in the sentencing statutes and the sentencing guidelines.

Mr. Lopez and the government reached a plea agreement in this case under Federal Rules of Criminal Procedure 11(c)(1)(A) and (B). Mr. Lopez pled guilty to violating Count Twelve of the Indictment, Simple Possession of a Controlled Substance in violation of 21 U.S.C. § 844, a misdemeanor.

The presentence report calculates Mr. Lopez as a Criminal History Level Category I with an adjusted offense level of four (4). The sentencing guideline range is 0-6 months. Mr.

Lopez agrees with these calculations and the guideline range. The presentence report recommends probation for three years; a $1,000 fine; and a special assessment of $25.

## **DISCUSSION**

Mr. Lopez was arrested and indicted for buying cocaine for personal use from his co-defendant. There is no evidence or facts to suggest that Mr. Lopez is anything but a user of cocaine.

Mr. Lopez came to the United States when he was fourteen (14) with very little warning. His family came to the east bay where he began school speaking no English and surrounded by gangs. He did his best to stay close to home and stay out of trouble, but violence occurred all around him. There was also significant pressure at school to join a gang or show allegiance to a gang. This led to Mr. Lopez dropping out of high school as he no longer felt it was a safe place for him to be without any gang affiliation. While he has some criminal history in his past, it is over fifteen (15) years old and he has remained gainfully employed since these incidents.

Mr. Lopez is a talented musician and spent the beginning of his adult life playing instruments in a band that was quite successful. He traveled around California and Nevada. Eventually, knowing he needed to find a career, Mr. Lopez began working as a roofer leaving the music gigs for an occasional weekend. Mr. Lopez has made a career for himself as a roofer and, eventually, plans to retire with a pension from this work. He started at the lowest rank, earning minimum wage, to now earning $35/hr.

Mr. Lopez is the sole financial provider for his family. He has a two-year old daughter. His wife stays at home to care for her. His adult son has also recently moved in with him so that he can save money and get settled into his career path as a plumber. He has two children from previous relationships and he is close to both children. It is evident from the attached character letters that he is needed at home by his family and that he is a hardworking and dedicated man. (*See* Exhibit A: Character Letters.)

Mr. Lopez has been under the active supervision of Pretrial Services since October 2017. He has been undergoing counseling for drug treatment and periodic drug testing. It is known that breaking the drug addiction cycle is difficult and Mr. Lopez has done very well. While he

has struggled a bit, he is committed to remaining sober. He has had several opportunities to travel for work during his pretrial release and he has consistently abided by his conditions. As stated in his letter to this Court he is committed to maintaining his sobriety and remorseful for jeopardizing his family. (*See* Exhibit B: Letter to Court.)

## **CONCLUSION**

Given his minimal involvement in this case and his personal history and characteristics, Mr. Lopez requests that this Court sentence him to three years probation. Mr. Lopez has the ability to pay a minimal fine. Mr. Lopez agrees with the recommendation by probation of $1,000 and the special assessment of $25.

Respectfully Submitted,

Dated: July 3, 2018

/s/
SARA RIEF
Attorney for Defendant
DANIEL LOPEZ

# EXHIBIT A

Honorable Judge:

Phyllis J Hamilton.

I Carmen L. Robles express through this way the importance that Daniel Lopez, my husband, has to our household. As head of our family, husband, sole Provider and father to our daughter Valentina Lopez who is two years old. His daily Presence is very important to her life as she's growing up. He has always been a very loving and examplary father towards her without failing as a father and husband.

As a husband I can say that he is a honorable man, respected by his children, his family and those around him. He is respectful, integral, loving, thoughtful, attentive and pacient. He has never failed in our home in any sense. As Provider and him being the sole provider that maintains this house, not one day until this date has he failed in providing food, clothes and roof over our neads. He has never left a debt unpaind for or has gone a day without working.

2

He is responsible with all of his obligations. If for any reason he would have to go to prison it would be devastating for my family and I. My daughter and I would be left completely unprotected and with no economic means to sustain this house. I would be at a complete loss and very depressed. I need him by my side and so does our daugher.

ATT. ... Carmen L. Robles.

*[signature]*

▆▆▆▆▆▆▆▆▆▆▆▆▆

Oakland Ca 94601

▆▆▆▆▆▆▆▆▆



To who it may concern;

I am Daniel Lopez's direct supervisor.

Daniel Lopez has been an employee for Highland Commercial Roofing for the past 9 years.
His current position is superintendent/foreman.

He works 40 plus hours every week, including weekends.
His roofing experience makes him a valuable employee to Highland Commercial Roofing.

Daniel's employment with our company is important and we hope that he will remain with our company for a long time to come.

Sincerely

Dan Denham
Senior Estimator
Highland Commercial Roofing
415-385-3145

*Seamless "Cool"-Roof" Systems Since 1991 – Cool Before It Was Green... Green Before It Was Cool*
5105 Heintz Street, Baldwin Park, CA 91706 *Phone: 800/400-7801 *Fax: 888/867-0799* C-39-632551
5401-B San Leandro Street, Oakland, CA 94601 *Phone 510/489-4444* C-39-932049

1

June 29, 2018

Honorable Judge Phyllis J Hamilton,

My name is Ana Lopez and I am Daniel Lopez's cousin. We are first cousins but I actually see him more as a brother. I have been blessed to be able to count on Daniel unconditionally in good and bad times. Among family theres always one family member one tends to be close to, well for me its Daniel. He was my emotional support when my father passed away seven years ago. He is the one that gave me the news of my fathers passing and he didn't hesitate for one second to be by my side and travel to mexico for his funeral. For that I am eternally grateful. He has also been my on call guy when I have been stuck with vehicle issues such as helping me change a flat tire and also a couple of years ago I got my grandmothers truck stuck in a ditch in mexico and he helped pull it out before I could get in trouble by my grandmother. He was a life saver for sure. I have also seen how loving he is to his wife and kids. He has held up to three jobs at a time to make sure that his household obligations are met. His wife Carmen, and two year old daughter Valentina rely on him completely both emotionally and economically.

2

Daniel is a man of his word. He is very responsible at work. Even on weekends he is working at times. I know he is now caught up in a complex situation. Its been very tough and embarrasing for him keeping this from his parents and siblings and rest of the family. We are a close knit family and I feel bad for him. It is not like him at all. He is not that type of person. I was surprised when he confided in me the situation he was in. He has had to put on a brave face for family especially this past may when we all went to mexico and he had to make up an excuse for not being able to go. Now that it's time for his sentencing I pray that you take into consideration that he is the sole provider for his family. If he was to be incarcerated he would definately lose the house he's renting and his wife and child would be left at a loss. I appreciate you taking the time to read this.

Sincerely,
(Ana Lopez)

Patterson CA 95363

Arnulfo & Rosalinda Lopez
Hayward, CA

6/29/18

RE: Daniel Lopez

To Whom It May Concern:

We are writing this letter on Daniel Lopez. We interact with him often as he is close family. Once or twice a week we gather at our parent's house and he is there with his wife and daughter. We often host dinners, BBQ's, etc to which he always shows up with his family.

We spend many hours together as a family interacting. Daniel is always courteous and a great father and uncle. He is always willing to help out if needed.

Daniel works hard to support his family. His hard work and dedication has gone a long way. He works weekends and does everything possible to provide his family all they need.

We've never encountered any issues with Daniel. As mentioned before he is always very courteous with everyone.

If we can be of further assistance we can be reached at 510-586-0212.

Sincerely,

Arnulfo & Rosalinda Lopez

# EXHIBIT B

6-30-18

Honorable Judge Phyllis J. Hamilton

Honorable Judge, I Daniel Lopez wrote this letter expressing my regret for the mistake I had made and wanted to give me the opportunity to prove to society and family that I am repentant.

I have a wife and my children whom I love very much and who need me. I just want and opportunity to continue working honestly as I have always done and take my family forward. I promise to stay sober.

ATT — Daniel Lopez



Oakland Ca 94621