ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7027
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-544 PJH-05 |
|     Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
|   v. | Sentencing Date: July 11, 2018, 2:30 p.m. |
| DANILE LOPEZ, a/k/a "Daniel Lopez Barajas," | Court: Hon. Phyllis J. Hamilton |
|     Defendant. | |

## I. INTRODUCTION

On March 21, 2018, the defendant pleaded guilty to Count Twelve of the Indictment. This Count charged the defendant with simple possession of a controlled substance, in violation of 21 U.S.C. § 844. The defendant pled guilty pursuant to a Rule 11(c)(1)(B) plea agreement. The parties agreed to a Total Offense Level of 4. U.S. Probation concurs with this Guidelines calculation and determined that the defendant is in Criminal History Category I, resulting in a Sentencing Guidelines range of zero to six months. U.S. Probation recommends a sentence of 3 years' probation, a $1,000 fine, and the mandatory $25 assessment. The government concurs with this recommendation.

//

## II.     BACKGROUND

### A.     Offense Conduct

The factual statement of the Plea Agreement and the Probation Officer's Presentence Report ("PSR") accurately set forth the facts, and the government will not repeat them at length here.  In brief, on September 30, 2017, the defendant bought cocaine from co-defendant Jose Ivan Portillo.  Shortly thereafter, Oakland Police Department officers conducted a traffic stop of the defendant and found this cocaine in his pocket.  PSR ¶¶ 8-12.

### B.     Sentencing Guidelines Range and Plea Agreement

The defendant pled guilty pursuant to a Rule 11(c)(1)(B) Plea Agreement.  The parties agreed to the following Guidelines calculation in the Plea Agreement:

| | | | |
|---|---|---|---|
| a. | <u>Base Offense Level, U.S.S.G. § 2D2.1(c)(3)</u>: | | 6 |
| b. | <u>Acceptance of Responsibility</u>:<br>If the defendant meet the requirements of<br>U.S.S.G. § 3E1.1, he may be entitled to a<br>two-level reduction for acceptance of responsibility. | | -2 |
| c. | <u>Total offense level</u>: | | 4 |

The parties reached no agreement regarding the defendant's Criminal History Category.  The defendant also agreed in the Plea Agreement to a special search condition.  *See* Plea Agreement, Dkt. No. 62, at ¶ 8.

The Probation Officer agreed with the Guidelines calculation above and determined that the defendant is in Criminal History Category I.  PSR ¶¶ 17-25, 30.  The Guidelines' range for offense level 4 and Criminal History Category I is 0 to 6 months' imprisonment.  PSR ¶ 53.

## III.    GOVERNMENT'S SENTENCING RECOMMENDATION

The government concurs with the sentencing recommendation of the Probation Officer and recommends a sentence of 3 months' probation, a $1,000 fine, and a $25 special assessment.  A sentence of 3 months' probation is sufficient but not greater than necessary to comply with 18 U.S.C. § 3553(a). A sentence of probation is adequate to deter future criminal conduct and to address the nature, circumstances, and seriousness of the offense.  This recommendation takes into account the history and characteristics of the defendant while promoting respect for the law and providing just punishment for

the offense.

## IV. CONCLUSION

For the reasons discussed above, the government respectfully requests that the Court impose a sentence of 3 years' probation, a $1,000 fine, and a $25 special assessment.

Dated: July 4, 2018                              Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_/s/_
HELEN L. GILBERT
Assistant United States Attorneys