# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 11, 2018 (Time: 6 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-17-554-PJH-5
**Case Name:**   UNITED STATES   v. DANIEL LOPEZ (PRESENT)

**Attorney for Plaintiff:**    Helen Gilbert
**Attorney for Defendant:**  Sara Rief

**Deputy Clerk:** Kelly Collins        **Court Reporter:**  Diane Skillman

**Probation:**  Brian Casai

## PROCEEDINGS

Sentencing Hearing - Held. The defendant is sentenced to 3 years probation with all the standard and special conditions of supervised release as stated on the record. The defendant shall pay a special assessment of $100, due immediately, and a fine of $1,000 with payments to commence within 60 days, fine to be paid at no less than $50 per month.

cc: chambers