UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***AMENDED***
CRIMINAL MINUTES

**Date:** July 11, 2018 (Time: 6 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-17-554-PJH-5
**Case Name:** UNITED STATES v. DANIEL LOPEZ (PRESENT)

**Attorney for Plaintiff:** Helen Gilbert
**Attorney for Defendant:** Sara Rief

**Deputy Clerk:** Kelly Collins   **Court Reporter:** Diane Skillman

**Probation:** Brian Casai

### PROCEEDINGS

Sentencing Hearing - Held. The defendant is sentenced to 3 years probation with all the standard and special conditions of supervised release as stated on the record. The defendant shall pay a special assessment of $25, due immediately, and a fine of $1,000 with payments to commence within 60 days, fine to be paid at no less than $50 per month.

cc: chambers