07/20/2018 04:11 PM PDT                                                                                                                        Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN417CR000554;  Party Num: 005;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN417CR000554        **Case Title**  US V JUAREZ ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 005 | PTY20817 | DANIEL LOPEZ | PACCT15013 | SPECIAL PENALTY ASSESSMENT | | 25.00 | 25.00 | 0.00 |
| 005 | PTY20817 | DANIEL LOPEZ | PACCT15013 | FINE-CRIME VICTIMS FUND | | 1,000.00 | 0.00 | 1,000.00 |
| | | | | | | 1,025.00 | 25.00 | 1,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Number** | **Debt Type Line#** | **Debt Type** | | **Payee Line#** | **Depository Line#** | **J/S Account Code** | | | | |
| CT 44611015483 | | 07/11/2018 | 07/11/2018 | PR | 25.00 | DANIEL LOPEZ | | O | 04 | 504100 |
| DCAN417CR000554-005 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

---

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: DANIEL L0PEZ
Amount $ 25.00         Date: 7/11/2018