STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission Street, 2nd Floor
San Francisco, CA 94103
(415) 864-5000
sara@stuarthanlonlaw.com

Attorney for Defendant
DANIEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>DANIEL LOPEZ,<br><br>Defendant. | No. CR 17-00554 PJH<br><br>**STIPULATION FOR RETURN OF UNITED STATES PASSPORT AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by the parties that the United States passport for Daniel Lopez be returned to Mr. Lopez or to his counsel of record, Sara Rief. The above-captioned matter has concluded. Mr. Lopez was sentenced to probation on July 11, 2018. Counsel for Mr. Lopez has contacted his probation officer who does not object to the return of his passport.

Dated: October 10, 2018     /s/
                            SARA RIEF
                            Attorney for Defendant
                            DANIEL LOPEZ

Dated: October 10, 2018

                            /s/

                            HELEN GILBERT

                            Assistant United States Attorney

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez*

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the United States passport for Daniel Lopez be allowed to him or to his counsel of record, Sara Rief.

Dated: 10/11/18

_____
HONORABLE MAG. JUDGE KANDIS A. WESTMORE

*STIPULATION AND PROPOSED ORDER*
*US v. Daniel Lopez*